UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
HOSAM ABDELDAYEM,                                   :
                              Plaintiff,            :
                                                    :          22 CV 4830 (LGS)
                -v-                                 :
                                                    :              ORDER
GIORGIO'S OF GRAMERCY, INC. et al.,                 :
                              Defendant.            :
                                                    :
                                                    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS this case was referred for mediation to the Court-annexed Mediation

Program to take place by March 24, 2023;

        WHEREAS the first mediation conference was held on March 24, 2023;

        WHEREAS this case has been placed in second place on the Court's June 2023 trial-

ready calendar, with a jury trial to begin on June 5, 2023, at 9:45 A.M. or the Court's first

available date thereafter;

        WHEREAS any motions in limine were to be filed by April 7, 2023; it is hereby

        ORDERED that the parties in this case shall submit a joint letter to the Court updating the

Court on the status of the case no later than **April 18, 2023**.  The status letter should address the

progress of mediation and any settlement discussion.

Dated: New York, New York
        April 10, 2023

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**