**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

HOSAM ABDELDAYEM,                                   Case No. 1:22-cv-04830-LGS

                              Plaintiff,              **PROPOSED JUDGMENT PURSUANT**
            -against-                                 **TO F.R.C.P. 68**

GIORGIO'S OF GRAMERCY, INC., GIORGIO'S
OF GRAMERCY LLC, and NIKOLAOS
GRAMMATIKOPOULOS a/k/a NICK GRAMS,

                              Defendants.
-------------------------------------------------------------X

**WHEREAS**, on April 11, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Giorgio's of Gramercy, Inc., Giorgio's of Gramercy LLC, and Nikolaos Grammatikopoulos a/k/a Nick Grams ("collectively, "Defendants") extended to Plaintiff Hosam Abdeldayem, an offer of judgment against them, jointly and severally, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of all costs and fees, including all attorneys' fees;

**WHEREAS**, on April 11, 2023, Plaintiff accepted the Defendants' Offer of Judgment;

IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against the Defendants in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

Dated: New York, New York
            _____, 2023

                                             _____
                                             Hon. Lorna G. Schofield, U.S.D.J.