UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

HOSAM ABDELDAYEM,                 :

                   Plaintiff,     :

                               :               22 Civ. 4830 (LGS)

          -against-        :

                               :                ORDER

GIORGIO'S OF GRAMERCY, et al.,  :

                 Defendants. :

                               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 12, 2023, required Plaintiff's counsel to file supporting evidence permitting this Court to approve the settlement as fair and reasonable consistent with the holding in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

      WHEREAS, Plaintiff correctly notes that an offer of judgment made pursuant to Fed. R. Civ. P. 68(a) is not subject to the *Cheeks* fairness inquiry, which is "limited to Rule 41(a)(1)(A)(ii) dismissals with prejudice." *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 411 (2d Cir. 2019); *accord Morse v. Warren & Panzer Eng'rs, P.C.*, 2022 WL 16948554, at *2 (S.D.N.Y. Nov. 15, 2022).  It is hereby

      **ORDERED** the memo endorsement dated April 12, 2023 (Dkt. No. 34) is vacated. Judgment consistent with the parties' proposed Fed. R. Civ. P. 68 judgment will issue separately.

Dated: April 14, 2023
       New York, New York

                                         LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE