UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HOSAM ABDELDAYEM,

                     Plaintiff,

-against-

GIORGIO'S OF GRAMERCY, INC., GIORGIO'S OF GRAMERCY LLC, and NIKOLAOS GRAMMATIKOPOULOS a/k/a NICK GRAMS,

                     Defendants.

------------------------------------------------------------X

Case No. 1:22-cv-04830-LGS

~~PROPOSED~~ **JUDGMENT PURSUANT TO F.R.C.P. 68**

**WHEREAS**, on April 11, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Giorgio's of Gramercy, Inc., Giorgio's of Gramercy LLC, and Nikolaos Grammatikopoulos a/k/a Nick Grams ("collectively, "Defendants") extended to Plaintiff Hosam Abdeldayem, an offer of judgment against them, jointly and severally, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of all costs and fees, including all attorneys' fees;

**WHEREAS**, on April 12, 2023, Plaintiff accepted the Defendants' Offer of Judgment;

IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against the Defendants in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

Dated: New York, New York
       April 14, 2023

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**